UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-60588-CIV-COHN/SELTZER

CHETU, INC.,

    Plaintiff,

vs.

MOHAMED SAFIR SALIHU, et al.,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon receipt of the jury's verdict in the above-referenced case on February 19, 2010, the Court's decision to grant Plaintiff's Motion for Judgment as a Matter of Law finding that Plaintiff established claims for breach of contract against Defendant Neeraj Kumar a/k/a Neeraj Thakur ("N. Kumar"), and the Court's Order Regarding Set-Off as to Jury Verdict and Permanent Injunctive Relief [DE 160]. It is thereupon

**ORDERED AND ADJUDGED** as follows:

1. Final Judgment is hereby entered in favor of Plaintiff Chetu, Inc. ("Chetu") and against Defendants N. Kumar, Bhushan Kumar ("B. Kumar") and Pro Tech Software Solutions, Inc. ("Pro Tech"), with respect to Plaintiff's claims of misappropriation of trade secrets, tortious interference with business relationships, violation of 18 U.S.C. § 1030, civil conspiracy to misappropriate trade secrets, civil conspiracy to tortiously interfere with business relationships and civil conspiracy to violate 18 U.S.C. § 1030.

2. Final Judgment is hereby entered in favor of Plaintiff Chetu and against

   Defendant N. Kumar with respect to Plaintiff's claims that N. Kumer breached the Non-Compete Agreement and the Confidentiality Agreement.

3.  Final Judgment is hereby entered in favor of Plaintiff Chetu and against Defendants N. Kumar and Pro Tech, jointly and severally, for the sum of **$85,000**, plus interest thereon at the rate of 0.35% per annum from February 19, 2010, for which let execution issue.

4.  Final Judgment is hereby entered in favor of Plaintiff Chetu and against Defendants B. Kumar and Pro Tech, jointly and severally, for the sum of **$42,500**, plus interest thereon at the rate of 0.35% per annum from February 19, 2010, for which let execution issue.

5.  Final Judgment is hereby entered in favor of Plaintiff Chetu and against Defendant Pro Tech for the sum of **$90,836**, plus interest thereon at the rate of 0.35% per annum from February 19, 2010, for which let execution issue.

6.  All pending motions are **DENIED as moot**.

7.  The Clerk of Court is directed to **CLOSE** this case.

8.  The Court retains jurisdiction to enforce the terms of this Final Judgment.

  **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 7th day of April, 2010.

                _____
                JAMES I. COHN
                United States District Judge

Copies provided to:

Counsel of record via CM/ECF