UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-60588-CIV-COHN/SELTZER

CHETU, INC.,

      Plaintiff,

vs.

MOHAMED SAFIR SALIHU, NEERAJ KUMAR
a/k/a NEERAJ THAJUR, BHUSHAN KUMAR,
PRO TECH SOFTWARE SOLUTIONS, INC.,

      Defendants.

_____/

## FINAL JUDGMENT FOR COSTS

**THIS CAUSE** is before the Court upon the Court's separately entered Order

Denying in Part and Granting in Part Plaintiff's Verified Motion for Attorney's Fees and

Costs [DE 168].  Accordingly, it is

    **ORDERED AND ADJUDGED** that Judgment for costs is hereby entered in favor

of Plaintiff Chetu, Inc. and against Defendants Neeraj Kumar, Bhushan Kumar and Pro

Tech Software Solutions, Inc.,  in the amount of $7,084.14, plus interest thereon at the

rate of 0.35% per annum from February 19, 2010, for which let execution issue.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, on this 6th day

of July, 2010.

**JAMES I. COHN**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:

Counsel of record